UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOT PANYANOUVONG,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLES,<br><br>    Respondent. | No. 2:25-cv-2530 DJC AC P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 23, 2025, the Magistrate Judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 4.  Petitioner has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations (ECF No. 4) are adopted in full.

   2. Petitioner's application for a writ of habeas corpus is dismissed without leave

to amend.

3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253 as Petitioner has not made a substantial showing of the denial of a constitutional right, *see* 28 U.S.C. § 2253(c)(2).

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **November 7, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE